**Order entered August 19, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00475-CV

## IN RE ASPEN HEIGHTS CONSTRUCTION, LLC, Relator

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-15745**

## ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus.

/s/     DAVID J. SCHENCK
JUSTICE